1  ALEXANDER G. CALFO (SBN 152891)
      *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
      *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
      *GAnderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:    (213) 362-7777
6  Facsimile:    (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., JOHNSON &
8  JOHNSON SERVICES, INC., JOHNSON &
   JOHNSON (erroneously sued as "Johnson &
9  Johnson, Inc."), and DEPUY INTERNATIONAL
   LIMITED (erroneously sued as "DePuy
10 International, Ltd.")

11                    UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14 | LINDA NICOL,                                    | CASE NO. CV12-2006-RS
15 |        Plaintiff,                               | [PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS
16 |     vs.                                         | JURY TRIAL DEMANDED
17 | DEPUY ORTHOPAEDICS, INC., JOHNSON
   | & JOHNSON SERVICES, INC., JOHNSON
18 | & JOHNSON, INC., DEPUY
   | INTERNATIONAL, LTD., THOMAS P.
19 | SCHMALZRIED, M.D., THOMAS P.
   | SCHMALZRIED, M.D., A PROFESSIONAL
20 | CORPORATION; and DOES 1 through 20,
   | inclusive,
21
22 |        Defendants.                              |

23        Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LINDA

24 NICOL and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES,

25 INC., JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc."), and DEPUY

26 INTERNATIONAL LIMITED (erroneously sued as "DePuy International, Ltd.") (hereafter

27 collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action;

28 and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __5/7__, 2012

_____
Hon. Richard Seeborg